Alan M. Mansfield (SBN 125998)
alan@rosnerandmansfield.com
John W. Hanson (SBN 214771)
john@rosnerandmansfield.com
ROSNER & MANSFIELD, LLP
10085 Carroll Canyon Road
San Diego, CA 92131
Tel: (858) 348-1005
Fax: (858) 348-1150

Attorneys for Plaintiffs

Art Neill (SBN 246717)
art@ucan.org
UTILITY CONSUMERS' ACTION NETWORK
3100 Fifth Ave., Suite B
San Diego, CA 92103
Tel: 619-696-6966
Fax: 619-696-7477

Attorneys for UCAN

FILED
07 NOV 21 PM 3:34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

'07 CV 2231 W (LSP)

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC.; SPRINT SPECTRUM L.P.; SPRINT-NEXTEL CORPORATION,<br><br>Defendants. | CASE NO.<br><br>**CLASS ACTION**<br><br>AFFIDAVIT OF VENUE |

I, JOHN W. HANSON, declare as follows:

1. I am one of the counsel for plaintiffs in this action and make this declaration to the best of my knowledge, information and belief of the facts stated herein.

ORIGINAL

2. At all times herein, defendant Sprint Solutions, Inc. was a Delaware corporation, registered to do business in the State of California, and doing business in the County of San Diego.

3. At all times herein, defendant Sprint Spectrum L.P. is a Delaware Limited Partnership, registered to do business in the State of California, and doing business in the County of San Diego.

4. Sprint Solutions, Inc. And Sprint Spectrum L.P. are both affiliates and related entities of defendant Sprint Nextel Corporation, which is an international corporation with its executive headquarters at 2001 Edmund Halley Drive, Reston, Virginia 20191, and its operational headquarters at 6200 Sprint Pkwy, Overland Park, Kansas 66251. Defendant Sprint Nextel Corporation is operating and conducting business throughout California and the United States.

3. The transactions which form the basis of this action, or a substantial portion thereof, occurred in the County of San Diego.

4. Plaintiffs' Complaint filed in this matter contains a cause of action for violation of the Consumers Legal Remedies Act as against defendants Sprint Solutions, Inc., Sprint Spectrum L.P. and Sprint-Nextel Corporation.

Per the foregoing assertions, this cause of action has been properly commenced in the proper county or judicial district for trial.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was signed on the 19th day of November, 2007 at San Diego, California.

JOHN W. HANSON