Alan M. Mansfield (SBN 125998)
alan@rosnerandmansfield.com
John W. Hanson (SBN 214771)
john@rosnerandmansfield.com
ROSNER & MANSFIELD, LLP
10085 Carroll Canyon Road
San Diego, CA 92131
Tel: (858) 348-1005
Fax: (858) 348-1150

Attorneys for Plaintiffs

Art Neill (SBN 246717)
art@ucan.org
UTILITY CONSUMERS' ACTION NETWORK
3100 Fifth Ave., Suite B
San Diego, CA 92103
Tel: 619-696-6966
Fax: 619-696-7477

Attorneys for UCAN

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC.; SPRINT SPECTRUM L.P.; SPRINT-NEXTEL CORPORATION,<br><br>Defendants. | CASE NO. 07 CV 2231 W (LSP)<br><br>**CLASS ACTION**<br><br>NOTICE OF APPEARANCE OF ATTORNEY OF RECORD |

TO: THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT the following firm is listed as an Attorney of Record in this matter:

Art Neill (SBN 246717)
art@ucan.org
UTILITY CONSUMERS' ACTION NETWORK
3100 Fifth Avenue, Suite B
San Diego, CA 92103
Tel: (619) 696-6966
Fax: (619) 696-7477

Attorneys for UCAN

Please add this attorney to the Court's electronic Docket for this case and for sending notices of filings via e-mail.

DATED: November 29, 2007

ROSNER & MANSFIELD, LLP

By: S/ Alan M. Mansfield
Alan M. Mansfield
alan@rosnerandmansfield.com

Attorneys for Plaintiffs