ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*
ROSNER & MANSFIELD, LLP
ALLAN M. MANSFIELD, ESQ. - SBN # 125998
10085 CARROLL CANYON RD., 1ST FLOOR
SAN DIEGO, CA 92131
TELEPHONE NO.*(Optional)* (858) 348-1005 FAX NO.*(Optional)* (858) 348-1150
EMAIL ADDRESS*(Optional):*
ATTORNEY FOR*(Name):*

FOR COURT USE ONLY

U.S. District Court, Southern Dist. of Calif.
STREET ADDRESS: 880 Front Street
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME:

PLAINTIFF/PETITIONER: UCAN/ERIC TAYLOR
DEFENDANT/RESPONDENT: SPRINT SOLUTIONS INC.

CASE NUMBER: 07CV2231W(LSP)

# PROOF OF SERVICE OF SUMMONS

Ref No. or File No. 00S44004-01/UCANTAYLORVSP

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   e. other *(specifiy documents):*
   SUMMONS AND COMPLAINT; CIVIL COVER SHEET; AFFIDAVIT OF VENUE;

3. a. Party Served: *(specify name of party as shown on the documents served):*
   SPRINT SPECTRUM, L.P.

   b. Person Served: other *(specify name and relationship to party named in item 3a):*other *(specify name and relationsh*
   BECKY DEGEORGE,PERSON AUTHORIZED TO ACCEPT

4. Address where the party was served: 2730 GATEWAY OAKS DRIVE, SUITE 100
   SACRAMENTO, CA 95833

5. I served the party *(check proper box)*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):November 30, 2007 (2) at (time): 12:10 pm

| PETITIONER: UCAN/ERIC TAYLOR<br>RESPONDENT: SPRINT SOLUTIONS INC. | CASE NUMBER:<br>07CV2231W(LSP) |
|---|---|

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   under the following Code of Civil Procedure section:
   [XX] 416.40 (association or partnership)

7. **Person who served papers**
   a. Name: STEPHANIE BARBER
   b. Address: 3500 5th. AVE. SUITE 202, SAN DIEGO, CA 92103
   c. Telephone: (619) 299-2012
   d. *The fee* for service was: $ 80.45
   e. I am: (3) a registered California process server
      (i) INDEPENDENT CONTRACTOR
      (ii) Registration No.: 2002-17
      (iii) County : SACRAMENTO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 4, 2007

STEPHANIE BARBER
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

(SIGNATURE)



Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10