**United States District Court**

**Southern District of California**

Utilities Consumers' Action Network, et al.

vs. Case No. : 07 CV 2231 W (LSP)

Sprint Solutions, Inc., et al.

**Type Of Service**
Accepted

**AFFIDAVIT**

State of Virginia
Jeffrey Paul Hever, Private Process Server
Court Support Services
P.O. Box 674, Occoquan, VA 22125
Telephone Number (703) 577-5288 Toll Free (800) 975-6206
Email: support@court-support-services.com Web: www.court-support-services.com
Appeared before me the undersigned Notary public, who after being duly sworn, made oath and affidavit as follows:

1. That he is eighteen years of age or older.
2. That he is not a party to or otherwise interested in the subject matter in controversy.
3. That he, on Monday, December 3, 2007, served the following documents on Sprint-Nextel Corporation, located at 2001 Edmund Halley Drive, Reston, Virginia 20191 at 10:21 a.m.:

**Civil Cover Sheet, Summons in A Civil Action, Class Action Complaint and Affidavit of Venue**

The circumstances of service were as follows: On December 3, 2007 at 10:21 a.m., Ursula Patterson, Legal Analyst/Legal Department, accepted the above documents for Sprint-Nextel Corporation.

.............................................
Jeffrey Paul Hever

Sworn to and subscribed before me this 3rd day of December, 2007.

.............................................
Notary Public

July 31, 2009 / 365502
Commission Expires/Registration No.

JENNA SMITH
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires
July 31, 2009