UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR v. SPRINT SOLUTIONS, INC., ET AL.
USDC, Southern District of California, Case No. 07 CV 2231 W (LSP)

## CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598.

On **January 22, 2008**, I served the following document(s) described as on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

- **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND, ALTERNATIVELY, MOTION TO STRIKE;**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS AND, ALTERNATIVELY, MOTION TO STRIKE;**
- **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO STRIKE;**
- **DEFENDANTS' NOTICE OF LODGMENT OF FOREIGN AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**
- **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1)**
- **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1)**

Alan McQuarrie Mansfield, Esq.
John W. Hanson, Esq.
ROSNER & MANSFIELD, LLP
10085 Carroll Canyon Road
San Diego, CA 92131
Tel; 858-348-1005/Fax: 858-348-1150
Attorneys for Plaintiffs
E-mail: alan@rosnerandmansfield,com
john@rosnerandmansfield.com

Art Neill, Esq.
UTILITY CONSUMERS' ACTION NETWORK
3100 Fifth Ave., Ste. B
San Diego, CA 92103
Tel: 619-696-6966/Fax: 619-696-7477
Attorneys for UCAN
E-mail: art@ucan.org

UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR v. SPRINT SOLUTIONS, INC., ET AL.
USDC, Southern District of California, Case No. 07 CV 2231 W (LSP)

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 619-234-3815. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 22, 2008**, at San Diego, California.

ROSEMARY POWERS-JONES