Alan M. Mansfield (SBN 125998)
alan@rosnerandmansfield.com
John W. Hanson (SBN 214771)
john@rosnerandmansfield.com
ROSNER & MANSFIELD, LLP
10085 Carroll Canyon Road
San Diego, CA 92131
Tel: (858) 348-1005
Fax: (858) 348-1150

Attorneys for Plaintiffs

Art Neill (SBN 246717)
art@ucan.org
UTILITY CONSUMERS' ACTION NETWORK
3100 Fifth Ave., Suite B
San Diego, CA 92103
Tel: 619-696-6966
Fax: 619-696-7477

Attorneys for UCAN

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC.; et al.,<br><br>Defendants. | CASE NO. 07 CV 2231 W (LSP)<br><br>**CLASS ACTION**<br><br>DECLARATION OF ART NEILL IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PERMITTING EXPEDITED DISCOVERY PURSUANT TO FED. R. CIV. PROC. 26(a)<br><br>Date: N/A<br>Time: N/A<br>Courtroom: Hon. Thomas Whelan |

**Declaration of Arthur H. Neill III**

I, Arthur H. Neill III, declare the following:

1. The facts stated in this declaration are my own personal knowledge, and I could and would competently testify thereto if called upon to do so.

2. I am an attorney for Utility Consumers'Action Network, one of the plaintiffs in the above action.

3. The Utility Consumers' Action Network created a post on our website on January 2, 2008 with information on the new Sprint "administrative" and "regulatory" fees. The post consists of a single web page and allows visitors to share comments about the new rates and individual experiences with trying to cancel their Sprint contract based on the rate changes.

4. As of January 29, 2008 there are approximately 60 comments on the website from over 40 different consumers. We have also received over 20 e-mails related to customers trying to cancel their Sprint contracts based on the newly introduced fees.

5. I have reviewed the various comments and e-mails submitted to the Utility Consumers' Action Network and come to the conclusion that the customers have had vastly inconsistent experiences attempting to cancel their contracts with Sprint due to the new fees. The experiences range from 1) simply being denied the right to cancel, to 2) being told they cannot cancel due to having a "Nextel" phone, to 3) being told they should have called and cancelled based on the new fees before January 1, to 4) being told they should call back to complete cancellation after porting their phones to a new carrier, calling back and being assured they would not be assessed an ETF, yet subsequently receiving a bill including ETFs, to 5) having their cancellation phone calls excessively delayed and referred, in some cases requiring disputing for hours and talking up many different employees before obtaining cancellation, to 6) calling before the window for cancellation had triggered, inquiring about their right to cancel, and being told they did not have the right to cancel. Only a couple customers have reported being permitted to cancel within 20 minutes or less.

6. Carla Friedrich (see Friedrich Declaration) is an example of a customer who experienced both 1) simply being denied the right to cancel by a Sprint customer service representative, as well as an example of a customer 4) being told she should call back to complete cancellation after porting her phones to a new carrier, calling back and being assured she would not be assessed an ETF, yet subsequently receiving a bill including ETFs.

///

///

7. Eric Taylor (see Taylor Declaration) is an example of a customer 6) calling before the window for cancellation had triggered, inquiring about their right to cancel, and being told they did not have the right to cancel.

8. Some customers have also claimed that they are 2) being told they cannot cancel due to having a "Nextel" phone. Some comments related to this are as follows:

(a) "I tried to call today and cancel because of the material changes with no luck. I have Nextel and they wouldn't stop arguing about how Nextel and Sprint are separate. I talked to 4 different supervisors and about 6 different reps. Each person I spoke to said something different. After being on the phone for almost 2 hours I finally gave up. (I'm going to keep trying tho. Anyone have any more tips for if you have a Nextel phone instead of a sprint phone?"

http://ucan.org/telecommunications/wireless/cancel_sprint_without_paying_early_termination_fee#comment-7723

(b) "I called Nextel today and was on the phone for 35 minutes, put on hold only once and transferred twice. All to no avail, well almost. I have 3 lines on my account. They offered to close 2 but not the 3rd because it was a Nextel phone 'and not affected by the breach of contract'. First issue, they said they cannot release the contract without canceling the service which will prevent me from porting my numbers. I argued the fact that the contract and service are two separate issues and was told (many many times) 'sorry, that's our policy'. I also argued that they breached the ENTIRE contract, not just 2 lines on the contract, again, 'sorry, that's our policy'. She then transferred me to a voicemail which I left a message on (Ha!) but I'll call and try someone else. More to come. . . ."

http://ucan.org/telecommunications/wireless/cancel_sprint_without_paying_early_termination_fee#comment-7698

(c) "The first guy that I talked to (in customer service) stated that he could not cancel my contract, but that he would transfer me to Account Services where they would be able to help me. The girl that I got in account services told me that the change did not affect NEXTEL customers. I politely informed her that NEXTEL no longer existed and that my bill was through Sprint and that the changes did affect me. I then proceeded to read her the notice regarding the change that was printed on my December bill as well as the terms and conditions in the contract regarding the ETF being waived IN RESPONSE TO A MATERIAL CHANGE TO MY ORIGINAL CONTRACT. After her giving me the speel about the TOTAL charges going down on my bill, I politely but FIRMLY informed her that because SPRINT instated NEW FEES that were not in my ORIGINAL CONTRACT that I had the right to request cancellation of service with in 30 days of the changes going into affect. Because I was not ignorantly accepting her song and dance, she said that she could not help me but would transfer me . . ."

http://ucan.org/telecommunications/wireless/cancel_sprint_without_paying_early_termination_fee#comment-7709

(d) "I just tried to end my contract because of the "material" change. The customer service rep told me that since I have a nextel phone that I was not affected by the new charges. Does anybody know if this is true? I thought Sprint & Nextel merged and everyone was now a Sprint customer. Any advice?"

http://ucan.org/telecommunications/wireless/cancel_sprint_without_paying_early_termination_fee#comment-7694

(e) "I spoke with Nextel's customer service today about this issue and got nowhere. I spoke with several people including two managers. I was on the phone a total of 1 hour 15 minutes. None of the people that I spoke with actually knew what the hell they were talking about. They just kept telling me that because I am a Nextel customer me fees would be reduced. Then I was told to go to the website (www.sprint.com\taxesandfees) posted on the info mailed to me in my December bill. I told them that Sprint Nextel's contract states you may terminate the Agreement without an early termination fee by calling 1-888-211-4727 within 30 days after the invoice date of the first invoice you receive after the changes go into effect. It got me nowhere. I'll try again later with better results, hopefully."

http://ucan.org/telecommunications/wireless/cancel_sprint_without_paying_early_termination_fee#comment-7650

9. Other customers have claimed that they are 3) being told they should have called and cancelled based on the new fees before January 1:

"getting frustrated (not quitting) . . . they told me i had to reply to some notification sent out in Nov. before January 1 2008. I've been on hold for about 20 minutes now. What should I do?"

http://ucan.org/telecommunications/wireless/cancel_sprint_without_paying_early_termination_fee#comment-7735

The same customer wrote UCAN the following email, but declined to submit a declaration for fear of retribution from Sprint:

"Well, I was told that I would have had to call and cancel before January 1, 2008 to an alleged letter that I should have gotten in the mail sometime in November '07, but the charges or contract breaker didn't take place until January 1. I also asked to speak to a manager and was immediately told I am the manager, I dint write the name down so unfortunately I don't remember her name. I had business to take care of at work so i couldn't continue the call right then and there."

10. As detailed in some of the comments quoted above, some users reported 5) having their cancellation phone calls excessively delayed and referred, in some cases requiring disputing for hours and talking up many different employees before obtaining cancellation. These comments relate to this issue:

(a) "They tried me on that, too. I spent and hour and a half on the phone earlier today and went through 8 different people, including cs, finance, termination (sprint), and termination (nextel) before they finally gave up. I got a confirmation number and called back to confirm the note on my account. We ported to Verizon tonight!"

http://ucan.org/telecommunications/wireless/cancel_sprint_without_paying_early_termination_fee#comment-7695

(b) "I was on the phone with Sprint/Nextel for 1 hour and 35 minutes this morning, put on hold 3 times and explained my case about the changes to the contract."

http://ucan.org/telecommunications/wireless/cancel_sprint_without_paying_early_termination_fee#comment-7595

(c) "I can sense victory on the horizon, but this is definitely a war of attrition. I spoke with four different people today, the first being very rude and cynical. She tried to trap me into the "fees" thing by putting words in my mouth but I held my ground and eventually got the "let me transfer you" deal where they actually hang up on you. The second was more passive but she was in denial about the change in terms. She transferred me to a supervisor's voice mail but I knew that I'd never get a call back.

"The third was a guy and he tried to play the "I'm smarter than you" role and acted as if I didn't understand the material that was sent out with the bills. That ended with another transfer into a dead line. The fourth I almost had. She started to waiver at the end and offered me a $10.00 discount on my plan. At that point I sensed desperation and was sure I was about to get my win. But then she pulled the "you have to wait until you get your bill" trump card. She told me I had 30 days from Jan. 29th to dispute the ETF. She did give me a $39.80 credit for the time I spent on the phone today. I think that was more of a ploy to say my next bill went down instead of an act of kindness.

"Now the thing is I got the pamphlet with my bill in December. So common sense would say that was my notification. I think they're trying the stall tactic to lure me into surpassing the 30 day period. I don't have the energy to fight them anymore today. Each time I called they wanted me to read the entire pamphlet word for word. I know they were doing it on purpose and it's just sad . . . ."

http://ucan.org/telecommunications/wireless/cancel_sprint_without_paying_early_termination_fee#comment-7645

11. Finally, a couple of customers report being able to cancel with little difficulty. Some related comments include:

(a) "The first sprint rep I spoke to did it for me. It took less than 15 minutes. He got off twice to consult with his superior. Mostly he tried to say that my bill went down about $5.00 due to the change. But once I reminded him that my original contract had been breached, he conceded. He said, "You're right." The law is on your side. Never give up! . . ."

http://ucan.org/telecommunications/wireless/cancel_sprint_without_paying_early_termination_fee#comment-7740

"I was able to cancel my kids' lines in a matter of minutes!!!! The rep was very pleasant and after I stated my issues, she took care of the issue in about 10 minutes. She even provided me a confirmation # for the etfs being that I want to port their numbers. I am so happy!!!!! I saved $400."

http://ucan.org/telecommunications/wireless/cancel_sprint_without_paying_early_termination_fee#comment-7663

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this ___6__ day of February, 2008 at San Diego, California.

Arthur H. Neill III