Alan M. Mansfield (SBN 125998)
alan@rosnerandmansfield.com
John W. Hanson (SBN 214771)
john@rosnerandmansfield.com
ROSNER & MANSFIELD, LLP
10085 Carroll Canyon Road
San Diego, CA 92131
Tel: (858) 348-1005
Fax: (858) 348-1150

Attorneys for Plaintiffs

Art Neill (SBN 246717)
art@ucan.org
UTILITY CONSUMERS' ACTION NETWORK
3100 Fifth Ave., Suite B
San Diego, CA 92103
Tel: 619-696-6966
Fax: 619-696-7477

Attorneys for UCAN

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC.; et al.,<br><br>Defendants. | CASE NO. 07 CV 2231 W (LSP)<br><br>**CLASS ACTION**<br><br>DECLARATION OF ERIC TAYLOR IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PERMITTING EXPEDITED DISCOVERY PURSUANT TO FED. R. CIV. PROC. 26(a)<br><br>Date: N/A<br>Time: N/A<br>Courtroom: Hon. Thomas Whelan |

Declaration of Eric Taylor

I, Eric Taylor, declare the following

1. The facts stated in this declaration are my own personal knowledge, and I could and would competently testify thereto if called upon to do so.
2. I am a current data broadband services customer with Sprint. My account number is 570265948. My current contract term ends September 2008.
3. On January 11, 2008, I contacted Sprint customer service at 1-888-211-4727.
4. My January 11th call was in response to notice received on my December 26, 2007 bill of new "administrative" and "regulatory" charges. I called customer service to inquire as to whether I had the right to cancel my contract because the new charges changed my terms and conditions.
5. I spoke to Fran in customer service. I inquired as to whether I could cancel my contract without an Early Termination Fee(ETF) due to the new charges.
6. Fran put me on hold, and then returned and stated that the "ETF would still apply" even though Sprint has changed it's monthly fees effective 1/1/08.
7. I was not informed of any future right to cancel my contract without an ETF, nor was I informed of any applicable time period in which I could request cancellation due to the changes in my terms and conditions through the addition of the new regulatory and administrative fees.
8. Attached is a true and correct copy of my monthly on-line statement dated December 26, 2007. I did not receive the postcard notice referred to in the left side paragraph.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Dated this 28th day of January, 2008

Eric Taylor

# EXHIBIT 1

Sprint

| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Eric Taylor | | Nov 23- Dec 22 | Dec 26, 2007 |



# Hello!

Because you are signed up for automatic bill payment, your American Express will be charged on Jan 13 .

Sprint is making changes to its policies. Please see the "Sprint News and Notices" box on page 2, the back of this page, for details.

| | |
|---|---|
| Previous Balance | $60.56 |
| Dec 21 Tax Adjustment | -$3.24 |
| Payment on Dec 16 | -$60.56 |
| New Charges | $60.56 |

**Total Due $57.32**

**Your American Express card will be charged on Jan 13**

**You can contact Sprint Customer Service**

On the Web:
www.sprint.com

By Phone:
1-888-211-4727

Use your Mobile free of charge:
Dial *2 to contact Customer Service
Dial *3 to make a one-time payment

Sprint

DO NOT SEND PAYMENT.
This amount will be charged to your credit card on Jan 13 .

Amount due $57.32

#BWNKCTX

MANIFESTLINE-----------------
ERIC TAYLOR

F555554444 22CF

EXHIBIT 1

Sprint

| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Eric Taylor | | Nov 23- Dec 22 | Dec 26, 2007 |



## SPRINT NEWS AND NOTICES

This section contains important updates about your Sprint Services, Including Service or Rate Changes, Promotions and Offers.

### Important Notice Regarding Sprint Surcharges

Effective 1/1/2008, Sprint will no longer assess the FPCR ($1.55), Fed. E911 ($0.40) & WLNP ($0.15) fees. Effective 1/1/2008, Sprint will assess two new monthly charges per line: Administrative Charge ($0.75) & Regulatory Charge ($0.20). See bill insert or postcard mailed to you if you don't receive a paper bill. For details, please visit sprint.com/taxesandfees.

### Important Notice: Changes to Terms and Conditions

The Terms & Conditions for Sprint PCS and Nextel services have been updated. These new terms are effective January 1, 2008, and are available at sprint.com or upon request. Please carefully review these terms as they apply to any future use of our services.

### Hearing Aid Compatibility

Sprint offers a variety of handsets that have been rated for compatibility with several types of hearing aids. Please visit sprint.com/accessibility for more information.

## IMPORTANT INFORMATION RELATING TO YOUR SPRINT BILL

**Billing Information.** This bill is due on the date shown. A late payment charge applies for unpaid balances and is charged at the highest rate permissible by law. Sprint Nextel will impose a $25 charge for each returned check. Service is subject to disconnection if payment is not received by the due date shown. Contact us first with any billing disputes. Disputes must be made within 60 days of the date of the bill. Charges that are not properly disputed will be deemed accepted and due by the date shown. Roaming charges accrued during the billing period may appear on subsequent bills because of third party processing delays.
**Contacting Sprint.** Address written correspondence to: Sprint Customer Service, PO Box 8077, London, KY 40742. Include your name and account number on any written correspondence to Sprint. Please do not include any correspondence in your bill.

### OTHER IMPORTANT INFORMATION

**E911.** Please note that Enhanced 911 (E911) services, which provide public safety officials your location during a 911 call, are not available everywhere and at all times. E911 availability is dependent on many factors, including the ability of particular local public safety agencies to receive and process location information, the capabilities of your equipment, and other factors affecting the delivery of services.
**Privacy Information.** You can access Sprint's privacy policy online at www.sprint.com. We recommend that you use a unique password to enhance the security of your account. Unique passwords help prevent unauthorized persons from accessing your account information. Remember, when setting up a password, don't use commonly used or known numbers or facts, such as birthdays and social security numbers.

**Terms and Conditions.** The terms and conditions of Sprint service sometimes change. Updates to your terms will be provided each month in the News and Notices section of the bill. For the most current version, visit our website or contact customer service.

### California PUC

If you have a complaint that we cannot resolve, you may call the California Public Utilities Commission at 800-649-7570 or TDD 800-229-6846.

### Important 9-1-1 Information

Dial 9-1-1 in case of emergency. If you encounter a prerecorded message instead of a live operator, wait for the appropriate prompt and say "EMERGENCY" instead of pressing 1. Not all wireless phones transmit number tones during a 911 call. See sprint.com/consumerinfo, Important 911 Information for more details.

Address Change

NAME ______________________________

MAILING ADDRESS ______________________________

______________________________

CITY ______________ STATE ________ ZIP ________

AUTOPAYMENT DISCLOSURE
By signing below, you authorize Sprint Nextel to debit your bank account monthly for the balance due. A bill statement will be sent to you at least 10 days before the scheduled payment. To withdraw the authorization, you must call customer service.

Email

EMAIL ______________________________

[ ] E-Bill: Receive your bill by email (You will no longer receive paper bills.)

[ ] Receive Sprint updates and special offers via email

AutoPay Enroll



[ ] AutoPay Enrollment (Checking)

ROUTING AND TRANSIT NUMBER | | | | | | | | | |

BANK ACCOUNT NUMBER | | | | | | | | | | | | | | | | | | |

Log into your Sprint account at www.Sprint.com to sign up for AutoPay using a credit or debit card.

SIGNATURE (Required) ______________________________

EXHIBIT 1
Page 2 of 6

# Charges

Connection Card - Unlimited Megabytes Included........................................................ $59.99

Additional Sprint Charges........................................................... $0.56

Government Taxes & Fees........................................................... $0.01

**Total $60.56**




# Score unlimited access

**to NFL Mobile with any Sprint Data Pack.**

***Enjoy all the action with NFL Mobile right on your phone at no additional charge when you subscribe to a Vision℠ or Power Vision℠ Pack.***

*Experience all the heart-pounding excitement of the NFL with NFL Mobile on your phone. NFL Mobile puts you in the game with:*

- *Exclusive fantasy analysis and updates from NFL experts*
- *Customizable scores, injury alerts and player stats*
- *Real-time game-day fantasy player tracking*
- *Live NFL Network broadcast for news and highlights*

***To download NFL Mobile and enjoy it at no additional charge, text NFL to 7777* or visit www.sprint.com/nfl.***

***If you don't already have a Sprint Power Vision℠ phone, visit www.sprint.com and get in on the action.***

Official Telecommunications Services Sponsor of the NFL

NFL NETWORK

Sprint ahead

# IT'S LIKE HAVING YOUR VERY OWN LOCAL TOUR GUIDE.

**Find what you need, when you need it, with Sprint Local Search.**

From coffee shops to gas stations to flower shops, Sprint Local Search makes it easy to find whatever it is you're looking for. And the best part about Sprint Local Search? If you're a data plan customer, it's already part of your plan!

Experience Sprint Local Search today. If you're a data plan customer, simply:

- Click on main menu
- Go to web
- Scroll down to search
- Enter search keyword and zip code or city

**Not a data plan customer? Log on to sprint.com to learn how to sign up.**

Casual usage rate of 1¢/KB will apply without a data plan.

Sprint ahead

sprint.com

# *Help make a difference.*

***Recycle your old wireless phones through Sprint Project Connect.***

*Recycling your old wireless phones helps raise funds for Internet safety education for kids and benefits the environment.*

*To recycle phones, batteries and accessories, go to **sprint.com/projectconnect** and print off a free postage-paid mailing label.*

# Details, details...

### Your Plan includes:

$59.99 Connection Card Data Plan
Unlimited MB of Data
Calls Made On Connection Cards With
Voice Capability Will Incur A Charge
Of $.20 Per Minute

---

### Additional Sprint Charges

Charges assessed on Sprint that we elect to pass on to customers and are intended to recover the administrative and other costs of complying with certain government programs and mandates. Charges that appear in this section, also called "Sprint Fees", are not taxes or government-imposed fees. For more information on Additional Sprint Charges, visit www.sprint.com or contact Sprint Customer Service.

| | |
| --- | --- |
| Federal-Fed. 911 Fee | $0.40 |
| Federal-Fed. Local Number Portability | $0.15 |
| Federal-Univ Serv Assess Non-LD | $0.01 |
| | $0.56 |

### Government Fees & Taxes

Taxes and fees Sprint is required to collect from customers on behalf of the government.

| | |
| --- | --- |
| California State-CA High Cost Part B | $0.01 |
| | $0.01 |

**Important information for our new customers.**

Sprint ahead

## If your wireless needs change, shouldn't your plan change with them?

*The Sprint Right Plan Promise ensures that you'll have the plan that's right for you. During the first six months of service, if your wireless needs change, it's not a problem. You can switch to a plan of equal term at no service charge and no contract extension.*

---

## **Log in.** Take control of your account.

*You're just one click away from managing your account.*

*Now you have all the online tools you need to manage your account. To access your account online, go to **sprint.com** and log in to your wireless account. The first time you log in, click '**Register for Access**' below the **Sign In** button. Once you've gained online account access, you can do all of the following:*

> ***Check minutes used and account balance***

> ***View and pay your bill***

> ***Learn more about your phone***

> ***View and modify your plan and services***

5009Q81

EXHIBIT 1