Alan M. Mansfield (SBN 125998)
alan@rosnerandmansfield.com
John W. Hanson (SBN 214771)
john@rosnerandmansfield.com
ROSNER & MANSFIELD, LLP
10085 Carroll Canyon Road
San Diego, CA 92131
Tel: (858) 348-1005
Fax: (858) 348-1150

Attorneys for Plaintiffs

Art Neill (SBN 246717)
art@ucan.org
UTILITY CONSUMERS' ACTION NETWORK
3100 Fifth Ave., Suite B
San Diego, CA 92103
Tel: 619-696-6966
Fax: 619-696-7477

Attorneys for UCAN

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC.; et al.,<br><br>Defendants. | CASE NO. 07 CV 2231 W (LSP)<br><br>**CLASS ACTION**<br><br>DECLARATION OF CARLA FRIEDRICH IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PERMITTING EXPEDITED DISCOVERY PURSUANT TO FED. R. CIV. PROC. 26(a)<br><br>Date: N/A<br>Time: N/A<br>Courtroom: Hon. Thomas Whelan |

Declaration of Carla Friedrich

I, Carla Friedrich, declare the following:

1. The facts stated in this declaration are my own personal knowledge, and I could and would competently testify thereto if called upon to do so.
2. I, at all times relevant to this proceeding, was a wireless customer with Sprint. My account number is 842072566. I had three wireless phones associated with my account. The contract period on two of the wireless phone was to end November 2007. The wireless contract on the third phone was to end March 2009.
3. On January 10, 2008, I contacted Sprint Customer Service at 1-888-211-4727.
4. My January 10th call was in response to a notice I received of new "administrative" and "regulatory" charges. I calculated that the new charges would increase my monthly bill and I called customer service to cancel my contract because the new charges changed my terms and conditions and increased my monthly amount owed.
5. I spoke to a Customer Service Representative who informed me Sprint had every right to add the fees and that I could not terminate my contract without incurring an ETF.
6. I, surprised by that response, reviewed my terms and conditions and researched the topic of materially adverse changes to wireless phone contracts such as mine. Based on my research I believed I should have been able to terminate my account without incurring any ETFs.
7. On January 14, 2008 I contacted Sprint Customer Service at 1-888-567-5528, a number listed within my terms and condition to call if I believe a change to the terms and condition had a materially adverse effect on me.
8. On January 14th I spoke with Jamie (employee # JXD6624). I explained how the new charges had an adverse effect on me, as I would incur over $200 in new charges over the remainder of my wireless contract. Jamie stated he thought it was odd that I was suggesting $200 is adverse, asking me "Are you serious?"
9. Jamie then stated he would try to approve a $100 credit to my account, but would have to talk to his supervisor. When he returned to the line after several moments Jamie stated his supervisor would not approve a $100 credit because I receive a discount from my employer.
10. At that point I request to cancel my Sprint wireless contract. Jamie stated that if I wanted to cancel I should first port the wireless phone numbers I wished to keep. I asked Jamie if he promised I would not receive any ETFs. Jamie stated no problem and to call back after I ported my number.

11. Jamie also informed me that I should port my wireless phone number numbers and terminate the contract before January 16, 2008 to avoid incurring charges for another month of service.
12. On January 15, 2008, I ported two phone numbers associated with my Sprint account.
13. On January 15, 2008 I called Sprint Customer Service at 1-888-567-5528. I requested to speak to Jamie, (employee #JXD6624), but was informed by Customer Service Representative Jared that he was unavailable, but that Jared would assist me in terminating my contract.
14. I informed Jared, that per the instructions of Jamie (employee #JXD6624) I ported two phone numbers with my account and wanted to cancel the third phone number with the account.
15. Jared informed me that he would cancel my account and I would not incur any ETFs.
16. On January 15, 2008, I paid the stated final balance of $93.46.
17. On January 22, 2008, I received a bill with $649.18 in fees, including ETFs, payment due on February 9, 2008.
18. On January 22, 2008, I called Sprint Customer Service and spoke to Representative Corona. I was informed that I would need to discuss the bill with Jamie (Employee #JXD6624).
19. I requested to be transferred to Jamie, Corona informed me that they could not transfer my call to Jamie, but that they would email Jamie and Jamie would contact me as soon as possible.
20. After waiting several hours, I called Sprint Customer Service again and spoke to Representative Dana. I asked Dana to transfer me to Jamie (Employee #JXD6624). Dana informed me she could not transfer for me, but would email Jamie and have him call me.
21. I asked Dana why she could not remove the ETFs from my account and correct my bill herself. Dana stated that Jamie must make the changes.
22. I asked Dana for a direct number to reach Jamie (Employee #JXD6624), Dana would not provide me with a direct number but again stated she would email him and Jamie would contact me as soon as possible.
23. I asked Dana to inform Jamie (Employee #JXD6624) in the email she sent him to remove the charges from my account and send me a corrected bill in addition to contacting me.
24. Today is January 28, 2008 and I have yet to be contacted by Jamie (Employee #JXD6624) or any other Sprint representative regarding the $649.18 in disputed charges.
25. Attached is a copy of a postcard I received from Sprint. The postcard is not dated.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Dated this 28th day of January, 2008

Carla Friedrich

# EXHIBIT 1

**NOTICE OF DISCONTINUANCE OF FPCR, FEDERAL E911 AND FEDERAL WLNP SURCHARGES; INTRODUCTION OF ADMINISTRATIVE AND REGULATORY CHARGES EFFECTIVE JANUARY 1, 2008**

**NOTICE OF CHANGES TO SPRINT TERMS AND CONDITIONS OF SERVICE JANUARY 1, 2008**

11 Dec 07
Sprint
Post card
from