Alan M. Mansfield (SBN 125998)
alan@rosnerandmansfield.com
John W. Hanson (SBN 214771)
john@rosnerandmansfield.com
ROSNER & MANSFIELD, LLP
10085 Carroll Canyon Road
San Diego, CA 92131
Tel: (858) 348-1005
Fax: (858) 348-1150

Attorneys for Plaintiffs

Art Neill (SBN 246717)
art@ucan.org
UTILITY CONSUMERS' ACTION NETWORK
3100 Fifth Ave., Suite B
San Diego, CA 92103
Tel: 619-696-6966
Fax: 619-696-7477

Attorneys for UCAN

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC.; SPRINT SPECTRUM L.P.; SPRINT-NEXTEL CORPORATION,<br><br>Defendants. | CASE NO. 07-CV-2231-W (LSP)<br><br>**<u>CLASS ACTION</u>**<br><br>PROOF OF SERVICE<br><br>Party(ies) served: Defendants Sprint Solutions, Inc.; Sprint Spectrum, L.P.<br><br>Date: February 7, 2008 |

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: 10085 Carroll Canyon Road, Suite 100, San Diego, California 92131.

On the date shown below, I served the foregoing document(s) described as:

**PLAINTIFFS' EX PARTE APPLICATION FOR ORDER PERMITTING EXPEDITED DISCOVERY PURSUANT TO FED. R. CIV. PROC. 26(a);**

**DECLARATION OF ALAN M. MANSFIELD IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PERMITTING EXPEDITED DISCOVERY PURSUANT TO FED. R. CIV. PROC. 26 (a);**

**DECLARATION OF ART NEILL IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PERMITTING EXPEDITED DISCOVERY PURSUANT TO FED. R. CIV. PROC. 26(a);**

**DECLARATION OF ERIC TAYLOR IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PERMITTING EXPEDITED DISCOVERY PURSUANT TO FED. R. CIV. PROC. 26(a);**

**DECLARATION OF CARLA FRIEDRICH IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PERMITTING EXPEDITED DISCOVERY PURSUANT TO FED. R. CIV. PROC. 26(a)**

on the interested parties in this action at San Diego, California as follows:

| | |
|---|---|
| James J. Mittermiller, Esq.<br>SHEPPARD MULLIN RICHTER & HAMPTON<br>501 W. Broadway, 19th Floor<br>San Diego, California 92101<br>Tel: (619) 338-6500<br>Fax: (619) 234-3815<br><br>Attorneys for Defendants SPRINT SOLUTIONS, INC. and SPRINT SPECTRUM, L.P. | |

[ X ] **BY MAIL (C.C.P.§§ 1013a and 2015.5):** The document was mailed with postage on the envelope fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with an the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE (CRC 2008(e) and C.C.P. § 2015.5):** On the date below, before noon, the document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed above and the transmission(s) reported as complete and without error. A true and correct copy of the said transmission report is attached hereto and incorporated herein by reference.

[] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

///

[X ] **(FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 7, 2008 at San Diego, California.

SALLY CORMIER