JAMES J. MITTERMILLER, Cal. Bar No. 85177
jmittermiller@sheppardmullin.com
FRANK J. POLEK, Cal. Bar No. 167852
fpolek@sheppardmullin.com
JOHN C. DINEEN, Cal. Bar No. 222095
jdineen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619-338-6500
Facsimile: 619-234-3815

Attorneys for Defendants SPRINT SOLUTIONS, INC. and SPRINT-SPECTRUM L.P.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC.; SPRINT SPECTRUM L.P.; SPRINT-NEXTEL CORPORATION,<br><br>Defendants. | Case No. 07 CV 2231 W (LSP)<br><br>**EVIDENTIARY OBJECTIONS TO PLAINTIFFS' EX PARTE APPLICATION FOR ORDER PERMITTING EXPEDITED DISCOVERY**<br><br>Judge: Hon. Leo S. Papas<br>Courtroom: G<br>Date: N/A<br>Time: N/A |

Defendants Sprint Solutions, Inc. and Sprint Spectrum, L.P. (collectively "Sprint") object to Plaintiffs' evidence as follows:

**DECLARATION OF ALAN MANSFIELD**

| Evidence | Objection |
| --- | --- |
| Exhibit 5, letter from J. Mittermiller to A. Mansfield, dated January 25, 2008 | F.R.E. 408 (communication in furtherance of settlement) |

**DECLARATION OF ART NEILL**

| Evidence | Objection |
| --- | --- |
| ¶ 5 (page 1, lines 12-22) ("I have . . .20 minutes or less.") | Hearsay, relevance, inadmissible summary |
| ¶ ¶ 8-11 (page 2, line 4 through page 4, line 27) ("Some customers . . . saved $400." [snippets from customer complaints on UCAN website) | Hearsay, relevance |

Dated: February 12, 2008

By s/Frank J. Polek

Attorneys for Defendants SPRINT SOLUTIONS, INC. and SPRINT-SPECTRUM L.P.
E-mail: fpolek@sheppardmullin.com