**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC., et al.,<br><br>Defendants. | CASE NO: 07-CV-2231 W (LSP)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON PENDING MOTIONS TO DISMISS AND STRIKE [DOC. NO. 16]** |

On February 13, 2008, the parties filed a joint motion to continue the hearing on Defendants' motion to dismiss and motion to strike. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion [Doc. No. 16]. The hearing is continued until March 10, 2007. However, pursuant to Civil Local Rule 7.1(d.1), the motions shall be taken under submission. There shall be no oral argument.

**IT IS SO ORDERED.**

DATED: February 14, 2008

Hon. Thomas J. Whelan
United States District Judge