# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable ,<br>Plaintiffs,<br>vs.<br>SPRINT SOLUTIONS, INC; SPRINT SPECTRUM L.P.; and SPRINT-NEXTEL CORPORATION,<br>Defendants. | CASE NO. 07cv2231-W(LSP)<br><br>Order of Recusal and Reassignment |

The Judges of the Court hereby recuse themselves from this case. Pursuant to 28 U.S.C. § 292(b), the Ninth Circuit Court of Appeals has designated the Honorable Robert J. Bryan, United States Senior District Judge for the Western District of Washington, to preside over this case for all purposes, including discovery.

**IT IS SO ORDERED**.

**DATED: April 7, 2008**

Irma E. Gonzalez

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

cc: Hon. Robert J. Bryan