# UNITED STATES COURTS FOR THE NINTH CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Trying a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Robert J. Bryan**, United States Senior District Judge for the Western District of Washington to perform the duties of United States District Judge temporarily for the Southern District of California for the specific case *Utility Consumers' Action Network and Eric Taylor, et al. v. Sprint Solutions, Inc., et al.*, Case No. 07-CV-2231-W (LSP).

April 3, 2008

Alex Kozinski
Chief Judge

cc: Hon. Robert J. Bryan
Hon. Irma E. Gonzalez, Chief Judge, Southern District of California
Hon. Robert S. Lasnik, Chief Judge, Western District of Washington
Sam Hamrick, Clerk, Southern District of California
Bruce Rifkin, Clerk, Western District of Washington