**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE AT UNION STATION
1717 Pacific Avenue, Room 4427
Tacoma, Washington 98402-3224

**ROBERT J. BRYAN**
United States District Judge

Telephone:
(253) 882-3870

April 8, 2008

Alan McQuarrie Mansfield
Rosner and Mansfield
10085 Carroll Canyon Road
Suite 100
San Diego, CA 92131

James J Mittermiller
Sheppard Mullin Richter and Hampton
501 West Broadway
Suite 1900
San Diego, CA 92101-3598

RE: Utility Consumers' Action Network et al v. Sprint Solutions et al
C07-2231RJB

Dear Counsel:

I have accepted assignment as a visiting judge in the above case. A quick review of the file indicates to me that I should proceed to analyze and rule upon the pending motions before doing anything else. After I have ruled on those motions, depending, of course, on the outcome, I will contact you and we will set up a status conference by telephone to plan the future of this litigation as may be necessary.

Sincerely,

Robert J. Bryan
United States District Judge

RJB/jvl

cc: Court File