Alan M. Mansfield (SBN 125998)
alan@rosnerandmansfield.com
John W. Hanson (SBN 214771)
john@rosnerandmansfield.com
ROSNER & MANSFIELD, LLP
10085 Carroll Canyon Road
San Diego, CA 92131
Tel: (858) 348-1005
Fax: (858) 348-1150

Attorneys for Plaintiffs

Art Neill (SBN 246717)
art@ucan.org
UTILITY CONSUMERS' ACTION NETWORK
3100 Fifth Ave., Suite B
San Diego, CA 92103
Tel: 619-696-6966
Fax: 619-696-7477

Attorneys for UCAN

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC.; et al.,<br><br>Defendants. | CASE NO. 07-CV-2231-RJB<br><br>**<u>CLASS ACTION</u>**<br><br>JOINT MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br><br>Date: N/A<br>Time: N/A<br>Judge: Hon. Robert J. Bryan |

The parties jointly move as follows:

WHEREAS, on April 25, 2008, the Court issued an order requiring plaintiffs, *inter alia*, to file a more definite statement for the claims asserted under the Federal Communications Act, pursuant to Fed. R. Civ. P 12(e), and

/ / /

WHEREAS, under Rule 12(e) such a statement is due within 10 days of the Court's ruling, and defendants' response thereto is due 10 days after that filing;

WHEREAS, counsel for plaintiffs will be unavailable for a significant portion of that time period, and

WHEREAS, counsel for the parties are agreeable to an extension of that deadline in exchange for an agreement to extend the deadline to respond to the amended complaint with the more definitive statement ("Second Amended Complaint");

The parties jointly move the Court for an order providing plaintiffs until May 9, 2008 to file the Second Amended Complaint, and providing defendants until May 23, 2008 to file a response to the Second Amended Complaint.

DATED: April __, 2008 ROSNER & MANSFIELD, LLP

By: S/Alan M. Mansfield
ALAN M. MANSFIELD
Attorneys for Plaintiffs

DATED: April ___, 2008 SHEPPARD MULLIN RICHTER & HAMPTON, LLP

By: S/James J. Mittermiller
JAMES J. MITTERMILLER
Attorneys for Defendants

Alan M. Mansfield (SBN 125998)
alan@rosnerandmansfield.com
John W. Hanson (SBN 214771)
john@rosnerandmansfield.com
ROSNER & MANSFIELD, LLP
10085 Carroll Canyon Road
San Diego, CA 92131
Tel: (858) 348-1005
Fax: (858) 348-1150

Attorneys for Plaintiffs

Art Neill (SBN 246717)
art@ucan.org
UTILITY CONSUMERS' ACTION NETWORK
3100 Fifth Ave., Suite B
San Diego, CA 92103
Tel: 619-696-6966
Fax: 619-696-7477

Attorneys for UCAN

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC.; et al.,<br><br>Defendants. | CASE NO. 07-CV-2231-W (LSP)<br><br>**CLASS ACTION**<br><br>PROOF OF SERVICE<br><br>Party(ies) served: Defendants Sprint Solutions, Inc.; Sprint Spectrum, L.P.<br><br>Date: April 29, 2008 |

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: 10085 Carroll Canyon Road, Suite 100, San Diego, California 92131.

On the date shown below, I served the foregoing document(s) described as:

**JOINT MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT;**

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**

on the interested parties in this action at San Diego, California as follows:

| | |
|---|---|
| James J. Mittermiller, Esq.<br>jmittermiller@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON<br>501 W. Broadway, 19th Floor<br>San Diego, California 92101<br>Tel: (619) 338-6500<br>Fax: (619) 234-3815<br><br>Attorneys for Defendants SPRINT SOLUTIONS, INC. and SPRINT SPECTRUM, L.P. | |

[ ] **BY MAIL :** The document was mailed with postage on the envelope fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with an the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE**: On the date below, before noon, the document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed above and the transmission(s) reported as complete and without error. A true and correct copy of the said transmission report is attached hereto and incorporated herein by reference.

[ X ] **BY ELECTRONIC MAIL:** I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[] (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X ] (**FEDERAL**] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 29, 2008 at San Diego, California.

Sally Cormier

SALLY CORMIER