**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC.; et al.,<br><br>Defendants. | CASE NO. 07-CV-2231-RJB<br><br>**CLASS ACTION**<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br><br>Date: N/A<br>Time: N/A<br>Judge: Hon. Robert J. Bryan |

Based upon the parties' Joint Motion for Extension of Time to File Second Amended Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the parties' joint motion is hereby GRANTED. Plaintiffs shall have until May 9, 2008 to file the Second Amended Complaint, and defendant shall have until May 23, 2008 to file a response to the Second Amended Complaint.

DATED this 29th day of April, 2008

Robert J. Bryan
United States District Judge