JAMES J. MITTERMILLER, Cal. Bar No. 85177
jmittermiller@sheppardmullin.com
FRANK J. POLEK, Cal. Bar No. 167852
fpolek@sheppardmullin.com
JOHN C. DINEEN, Cal. Bar No. 222095
jdineen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619-338-6500
Facsimile: 619-234-3815

Attorneys for Defendants
SPRINT SOLUTIONS, INC. and SPRINT SPECTRUM L.P.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,

Plaintiffs,

v.

SPRINT SOLUTIONS, INC.; and SPRINT SPECTRUM L.P.;

Defendants.

Case No. 07 CV 2231 RJB

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT**

**[F.R.C.P. 12(f)]**

Judge: Hon. Robert J. Bryan
Courtroom: To Be Assigned
Date: June 27, 2008
Time: 9:30 a.m.

[NO ORAL ARGUMENT UNLESS REQUESTED BY COURT, Local Civil Rule 7.1 (d.1.)]

**TO PLAINTIFFS UTILITY CONSUMERS' ACTION NETWORK AND ERIC TAYLOR AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Sprint Solutions, Inc. and Sprint Spectrum L.P. (collectively "Sprint") will and hereby do move this Court to strike portions of Plaintiffs' Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(f). This motion has been noted for hearing on Friday, June 27, 2008 at 9:30 a.m., or as soon thereafter as this matter may be heard by the Honorable Robert J. Bryan, Visiting Judge to the United States District Court, located at 940 Front Street, San Diego, California, 92101. However, unless otherwise ordered by the Court, no oral argument will be held on this motion.

This motion is made on the grounds that the Plaintiffs' Second Amended Complaint contains immaterial and impertinent matters that should be stricken. Specifically, Sprint requests the Court strike the following portions of Plaintiffs' Second Amended Complaint:

- Paragraph 1 at p. 2, lns. 6-7 ("either it or one or more of its members have lost money or property or had their rights infringed upon as a result of the acts and practices here at issue.");

- Paragraph 7 at p. 3, lns. 16-19 ("Moreover, as a result of a fee addition in January 2008, Class members had an opportunity to cancel service without incurring Early Termination Fees. Sprint Nextel consistently refused to recognize these rights, requiring many Class members to spend considerable time and effort to address these issues.");

- Paragraph 10(a) at p. 4, lns. 25-28 ("UCAN has lost and diverted staff time and resources from other clients and causes investigating the claims asserted herein and in an attempt to resolve the allegations at issue herein. UCAN thus brings this action acting on behalf of itself and its members and seeks all such remedies that it is entitled to in that capacity.");

- Paragraph 14 at p. 6, lns. 16-19 ("a class of all individual persons and entities who either desired to cancel Sprint Nextel service without penalty or had to expend time and resources attempting to cancel service during the cancellation window provided under the Terms and Conditions of Service effective January 1, 2008.");

- Paragraph 17 at p. 7, ln. 7 ("exemplary");

- Paragraph 18(o) at p. 8, ln. 25 ("exemplary");

- Paragraph 19 at p. 9, ln. 7 ("exemplary");

- Paragraph 35 at p. 14, lns. 23-35 (entire paragraph);

- Paragraph 36 at p. 15, lns. 5-20 (entire paragraph);

- Paragraph 37 at p. 15, lns. 21-27 (entire paragraph);

- Paragraph 38 at p. 16, lns. 1-9 (entire paragraph);

- Paragraph 39 at p. 16, lns. 10-15 (entire paragraph);

- Paragraph 40 at p. 16, lns. 16-19 (entire paragraph);

- Paragraph 41 at p. 16, lns. 20-27 (entire paragraph);

- Paragraph 59 at p. 21, lns. 23-25 ("failing to recognize customers' rights to cancel under the Terms and Conditions of Service, or by interpreting the agreements in such a way as to make them unconscionable and therefore void or voidable.");

- Paragraph 66 at p. 23, lns. 15-18 (entire paragraph);

- Paragraph 67 at p. 23, ln. 27 through p. 24, ln. 2 ("Plaintiff Taylor also hereby preserves the right to later seek an award of all actual and exemplary damages permitted for violation of the CLRA, including for statutory damages of $1,000 and/or up to $5,000 per consumer who qualifies as a 'senior citizen' under the CLRA.");

- Paragraph 69 at p. 24, lns. 10-13 ("the need for defendants to re-open the cancellation window or recognize the rights of those customers who sought to cancel service or return any ETFs improperly paid");

- Paragraph 72 b. at p. 25, lns. 13-14 ("and to re-open the cancellation window");

- Prayer for Relief, paragraph 3 at p. 29, ln. 16 ("exemplary").

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the pleadings and papers on file herein, and

upon such other matters as may be presented to the Court at the time of the hearing or of which the Court may take judicial notice.

Dated: May 23, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ James J. Mittermiller
JAMES J. MITTERMILLER

Attorneys for Defendants
SPRINT SOLUTIONS, INC. and SPRINT SPECTRUM L.P.
E-mail: jmittermiller@sheppardmullin.com

Utility Consumers' Action Network, et al. v. Sprint Solutions, Inc. et al.
USDC, Southern District of California, Case No. 07 CV 2231 RJB (JSP)

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598.

On **May 23, 2008**, I served the following document(s) described as:

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT**

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT**

**Electronic Mail Notice List**

**The following are those who are currently on the list to receive email notices for this case.**

Alan McQuarrie Mansfield, Esq.
John W. Hanson, Esq.
Rosner & Mansfield, LLP
10085 Carroll Canyon Road
San Diego, CA 92131
Tel: 858-348-1005/Fax: 858-348-1150
E-mail: alan@rosnerandmansfield,com
john@rosnerandmansfield.com

Attorneys for Plaintiffs Eric Taylor and Utility Consumers' Action Network

(Via Court's Electronic Mail)

**Also served on the interested party(ies) in this action as follows:**

Art Neill, Esq.
Utility Consumers' Action Network
3100 Fifth Ave., Ste. B
San Diego, CA 92103
Tel: 619-696-6966/Fax: 619-696-7477
E-mail: art@ucan.org

Plaintiff Utility Consumers' Action Network

(Via U.S. Mail)

☒ **BY ELECTRONIC MAIL:** Said document(s) was transmitted by electronic mail The name(s) and email addresses of the person(s) served are set forth in the service list.

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at

San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 619-234-3815. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 23, 2008**, at San Diego, California.

[signature]

Michele McConnell