JAMES J. MITTERMILLER, Cal. Bar No. 85177
jmittermiller@sheppardmullin.com
FRANK J. POLEK, Cal. Bar No. 167852
fpolek@sheppardmullin.com
JOHN C. DINEEN, Cal. Bar No. 222095
jdineen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619-338-6500
Facsimile: 619-234-3815

Attorneys for Defendants
SPRINT SOLUTIONS, INC. and SPRINT SPECTRUM L.P.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC.; and SPRINT SPECTRUM L.P.;<br><br>Defendants. | Case No. 07 CV 2231 RJB<br><br>**DEFENDANTS' RESPONSE RE ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**<br><br>Judge: Hon. Robert J. Bryan<br>Courtroom: To Be Assigned<br>Date: July 25, 2008<br>Time: N/A |

Defendants Sprint Solutions, Inc. and Sprint Spectrum L.P. (collectively "Sprint") hereby submit their response regarding the Court's Order to Show Cause Why Action Should Not Be Dismissed. Sprint disputes the allegations contained in Plaintiffs' complaints (including Plaintiffs' original and amended complaints). However, Sprint does not dispute Plaintiffs' contention (set forth in their brief in response to the Order to Show Cause) that the complaint(s) properly allege original jurisdiction under the Class Action Fairness Act, including the required amount in controversy.

Dated: July 21, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ James J. Mittermiller

JAMES J. MITTERMILLER

Attorneys for Defendants
SPRINT SOLUTIONS, INC. and SPRINT SPECTRUM L.P.
E-mail: jmittermiller@sheppardmullin.com