Utility Consumers' Action Network, et al. v. Sprint Solutions, Inc. et al.
USDC, Southern District of California, Case No. 07 CV 2231 RJB (JSP)

## CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598.

On **July 21, 2008**, I served the following document(s) described as:

**DEFENDANTS' RESPONSE RE ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

**Electronic Mail Notice List**

**The following are those who are currently on the list to receive email notices for this case.**

| | |
|---|---|
| Alan McQuarrie Mansfield, Esq.<br>John W. Hanson, Esq.<br>Rosner & Mansfield, LLP<br>10085 Carroll Canyon Road<br>San Diego, CA 92131<br>Tel: 858-348-1005/Fax: 858-348-1150<br>E-mail: alan@rosnerandmansfield,com<br>john@rosnerandmansfield.com | Attorneys for Plaintiffs Eric Taylor and Utility Consumers' Action Network<br><br>(Via Court's Electronic Mail) |

**Also served on the interested party(ies) in this action as follows:**

| | |
|---|---|
| Art Neill, Esq.<br>Utility Consumers' Action Network<br>3100 Fifth Ave., Ste. B<br>San Diego, CA 92103<br>Tel: 619-696-6966/Fax: 619-696-7477<br>E-mail: art@ucan.org | Plaintiff Utility Consumers' Action Network<br><br>(Via U.S. Mail) |

☒ **BY ELECTRONIC MAIL:** Said document(s) was transmitted by electronic mail The name(s) and email addresses of the person(s) served are set forth in the service list.

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 619-234-3815. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **July 21, 2008**, at San Diego, California.

Michele McConnell