JAMES J. MITTERMILLER, Cal. Bar No. 85177
jmittermiller@sheppardmullin.com
FRANK J. POLEK, Cal. Bar No. 167852
fpolek@sheppardmullin.com
JOHN C. DINEEN, Cal. Bar No. 222095
jdineen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619-338-6500
Facsimile: 619-234-3815

Attorneys for Defendants
SPRINT SOLUTIONS, INC. and SPRINT SPECTRUM L.P.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC.; and SPRINT SPECTRUM L.P.,<br><br>Defendants. | Case No. 07 CV 2231 RJB<br><br>**PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO SECOND AMENDED COMPLAINT**<br><br>Case Assigned To: Hon. Robert J. Bryan |

Plaintiffs Utility Consumers' Action Network and Eric Taylor ("Plaintiffs"), on the one hand, and Defendants Sprint Solutions, Inc. and Sprint Spectrum L.P. ("Defendants"), on the other hand, hereby stipulate, agree and jointly move as follows:

1. On August 15, 2008, the Court entered its Order on Responses to Order to Show Cause and Granting in Part and Denying in Part Motion to Strike (the "Order"); and

2. In the Order, the Court decided the remaining issues still pending in Defendants' Motion to Strike Plaintiffs' Second Amended Complaint and also decided certain issues pertaining to the Court's jurisdiction. The Court also set Friday, August 29, 2009 at 9:30 a.m. for a Status and Scheduling Conference.

Due to the number of issues present in the case and the complexities of those issues, Plaintiffs and Defendants agree and jointly move for an order that Defendants shall have up to and including Monday, September 8, 2008 to file an answer to Plaintiffs' Second Amended Complaint. This extension of time does not affect the Status and Scheduling Conference set for Friday, August 29, 2008.

Dated: August 25, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By s/James J. Mittermiller
Attorneys for Defendants
SPRINT SOLUTIONS, INC. and SPRINT SPECTRUM L.P.
E-mail: jmittermiller@sheppardmullin.com

Dated: August 25, 2008

ROSNER & MANSFIELD, LLP

By s/John W. Hanson
Attorneys for Plaintiffs
UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR
E-mail: alan@rosnerandmansfield.com