UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,,

Plaintiffs,

v.

SPRINT SOLUTIONS, INC. and SPRINT SPECTRUM L.P.;

Defendants.

CASE NO. C07-2231RJB

ORDER GRANTING PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO SECOND AMENDED COMPLAINT

This matter comes before the Court on the Parties' Joint Motion for Extension of time to File an Answer to Second Amended Complaint (Dkt. 41). Pursuant to the parties' stipulation and for good cause, it is hereby

**ORDERED** that the Parties' Joint Motion for Extension of time to File an Answer to Second Amended Complaint (Dkt. 41) is **GRANTED**, and the deadline for the defendants to file an answer to the second amended complaint is hereby extended to September 8, 2008.

DATED this 26th day of August, 2008.

ROBERT J. BRYAN
United States District Judge