UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC. and SPRINT SPECTRUM L.P.;<br><br>Defendants. | CASE NO. C07-2231RJB<br><br>NOTICE OF AGENDA |

The parties should be prepared to discuss the following during the telephonic scheduling conference on Friday, August 29, 2008, at 9:30 a.m.:

1. The date on which Federal rule of Civil Procedure 26(a) initial disclosures took place or will take place.

2. Whether precertification discovery should be limited to matters bearing on certification of this matter as a class action.

3. Whether the case should be bifurcated by deciding class certification before any substantive issues in the case and/or by trying the liability issues before the damages issues.

4. A proposed filing deadline and briefing schedule for the class certification motion.

5. A proposed discovery plan.

6. The date the case will be ready for trial.

7. The total number of trial days required.

8. The dates on which trial counsel may have complications to be considered in setting a trial date.

Here are some other items to consider:

9. Should there be a deadline for any changes to proposed class representatives or for objections to proposed class representatives (before the motion for class certification is filed)?

10. Should we hold off on setting the trial until after the certification issue is decided?

11. The following deadlines usually set in this court:

| |
|---|
| Deadline for 26(f) conference |
| Initial Disclosure deadline |
| JSR & discovery plan |
| SIX-DAY JURYTRIAL set for |
| Deadline for the FILING of any motion to join parties |
| Deadline for amending pleadings |
| Disclosure of expert testimony under FRCP 26(a)(2) |
| All motions related to discovery must be FILED by |
| Discovery COMPLETED by |
| All dispositive motions must be FILED by |
| Settlement conference per CivLR16.1(d)(4); HELD no later than |
| Letter of compliance as to CivLR16.1(d)(4) FILED |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the second Friday thereafter. |
| Agreed pretrial order FILED with the Court by |
| Pretrial conference will be HELD on |
| Trial briefs, proposed voir dire, and jury instructions due |

DATED this 27th day of August, 2008.

ROBERT J. BRYAN
United States District Judge