JAMES J. MITTERMILLER, Cal. Bar No. 85177
jmittermiller@sheppardmullin.com
FRANK J. POLEK, Cal. Bar No. 167852
fpolek@sheppardmullin.com
JOHN C. DINEEN, Cal. Bar No. 222095
jdineen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619-338-6500
Facsimile: 619-234-3815

Attorneys for Defendants
SPRINT SOLUTIONS, INC. and SPRINT
SPECTRUM L.P.

ALAN MCQUARRIE MANSFIELD, Cal. Bar No. 125998
alan@rosnerandmansfield.com
JOHN W. HANSON, Cal. Bar No. 214771
john@rosnerandmansfield.com
ROSNER & MANSFIELD, LLP
10085 Carroll Canyon Road
San Diego, California 92131
Telephone: 858-348-1005
Facsimile: 858-348-1150

Attorneys for Plaintiffs
ERIC TAYLOR and UTILITY CONSUMERS'
ACTION NETWORK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,

Plaintiffs,

v.

SPRINT SOLUTIONS, INC.; and SPRINT SPECTRUM L.P.,

Defendants.

Case No. 07 CV 2231 RJB

**JOINT REPORT TO COURT RE STATUS AND SCHEDULING CONFERENCE**

Date: August 29, 2008
Time: 9:30 a.m. (Telephonic)
Case Assigned To: Hon. Robert J. Bryan

The parties have conferred and are prepared to discuss at the status and scheduling conference on August 29, 2008, the matters itemized by the Court in its Order

and Notice of Agenda, dated August 15 and August 27, 2008, respectively. The parties provide the following preliminary input:

1. The date by which Federal Rule of Civil Procedure 26(a) initial disclosures will take place: November 7, 2008.

2. Whether precertification discovery should be limited to matters bearing on certification of this matter as a class action:

a. Defendants: Yes.

b. Plaintiffs: Plaintiffs believe it is difficult to create such a bright line determination but have stated they intend to focus first on class certification issues in discovery. Plaintiffs believe there may also be certain discovery regarding organizational and electronic discovery issues that needs to be undertaken at the outset.

3. Whether the case should be bifurcated by deciding class certification before any substantive issues in the case and/or by trying the liability issues before the damages issues:

a. Defendants: Yes, and (preliminarily) yes.

b. Plaintiffs: Plaintiffs believe it is premature to make such a determination but believe not at this time.

4. A proposed filing deadline and briefing schedule for the class certification motion. The parties propose the following preliminary case schedule, including the motion for class certification:

| | |
|---|---|
| 9/5/08 | From this date, parties may serve respective document requests and interrogatories (confer ahead of time). |
| 10/8/08 | Earliest date for service of responses to document requests and interrogatories. |
| 10/31/08 | Last day for document production and initial disclosures. |
| 11/1/08 | Parties may begin taking depositions. |
| 2/6/09 | Last day to file class certification motion. |
| 3/6/09 | Last day to file class certification opposition. |
| 4/3/09 | Last day to file class certification reply. |
| 4/10/09 | Class certification hearing (allowing sufficient time for discovery during the pendency of the motion, if necessary). |

5. A proposed discovery plan: See #4 above.

6. The date the case will be ready for trial: See #10 below.

7. The total number of trial days required: See #10 below.

8. The dates on which trial counsel may have complications to be considered in setting a trial date: Counsel for plaintiffs has a trial set to start in August 2009.

9. Should there be a deadline for any changes to proposed class representatives or for objections to proposed class representatives (before the motion for class certification is filed): No.

10. Should we hold off on setting the trial until after the certification issue is decided: The parties would like to discuss their respective views on this issue with Court during the conference.

11. The deadlines usually set in this court: See #10 above.

Dated: August 28, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By s/James J. Mittermiller

Attorneys for Defendants
SPRINT SOLUTIONS, INC. and SPRINT SPECTRUM L.P.
E-mail: jmittermiller@sheppardmullin.com

Dated: August 28, 2008

ROSNER & MANSFIELD, LLP

By s/Alan Mansfield

Attorneys for Plaintiffs
UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR
E-mail: alan@rosnerandmansfield.com