UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC. and SPRINT SPECTRUM L.P.;<br><br>Defendants. | CASE NO. C07-2231RJB<br><br>MINUTE ORDER SETTING TRIAL AND PRETRIAL DATES |

NOW, on this 2nd day of September, 2008, the Court directs the Clerk to enter the following Minute Order:

| | |
|---|---|
| **JURY TRIAL** set for 9:30 a.m. on | September 8, 2009 |
| Initial Disclosure deadline | November 7, 2008 |
| Deadline for filing class certification motion | December 17, 2008 |
| Deadline for filing response to class certification motion | January 14, 2008 |
| Deadline for filing reply on class certification motion | February 11, 2008 |
| Noting date for class certification motion. Unless otherwise ordered, the motion will be decided without oral argument. A party desiring oral argument shall so indicate by typing "ORAL ARGUMENT REQUESTED" in the caption of its motion or responsive memorandum. If a request for oral argument is granted, the clerk will notify the parties of the date and time for argument. | February 20, 2008 |
| Deadline for filing any motion to join parties | December 17, 2008 |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 12, 2009 |

| | |
|---|---|
| All motions related to discovery must be FILED by | April 21, 2009 |
| Discovery COMPLETED by | May 11, 2009 |
| All dispositive motions must be FILED by | June 10, 2009 |
| Settlement conference per CivLR16.1(d)(4); HELD no later than | July 10, 2009 |
| Letter of compliance as to CivLR16.1(d)(4) FILED | August 16, 2009 |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the second Friday thereafter. | August 11, 2009 |
| Agreed pretrial order FILED with the Court by | August 22, 2009 |
| Pretrial conference will be HELD at 8:30 a.m. on | August 28, 2009 |
| Trial briefs, proposed voir dire, and jury instructions due***** | August 28, 2009 |

If any of the dates identified in this Order fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court.

If this case is settled, please advise Dara Kaleel, Courtroom Deputy to Judge Bryan immediately at (253) 882-3824. If this case is not settled, it will go to trial on the date set or as soon thereafter as the court is available.

*JURY INSTRUCTIONS The parties shall comply with the following jury instruction procedures:

**a. Joint Jury Instructions**

Twenty-one days before jury instructions are due, the parties shall exchange proposed jury instructions. Such proposals must not be filed with the Court. Each party is responsible for submitting proposed instructions on any issue for which that party bears the burden of proof. The parties shall thereafter confer, by telephone or in person, with the objective of filing with the Court one set of agreed-upon instructions that addresses all elements of all claims and all defenses.

**b. Disputed Instructions**

If the parties cannot agree on one complete set of instructions, the parties shall file two documents with the Court. The first document, titled "Joint Instructions," should include all agreed-upon instructions. The second document, titled "Joint Statement of Disputed Instructions," shall present each disputed instruction in the following order: (1) At the top of the page, the proposing party shall set forth the proposed language and a statement of any legal authority in support of the proposed language (not to exceed one page); (2) Immediately following the proposed language and supporting legal authority, the opposing party shall set forth its alternative language, if any, and its objections to the proposed language along with any legal authority in support of the objections (not to exceed one page).

**c. Format**

The parties shall assign a unique number and a brief title to each proposed instruction, whether joint or disputed. At the bottom of the page, the parties shall identify the source(s) of the proposed instruction. The parties shall propose instructions from the most recent version of the Manual of Model Jury Instructions for the Ninth Circuit wherever appropriate and specifically and clearly note any modifications such that the Court and opposing parties are able to readily identify each modification. The parties shall note any authority supporting the modification and shall include a table of contents with all jury instructions submitted to the court.

**d. Filing**

The parties shall electronically file the Joint Instructions and any Joint Statement of Disputed Instructions on or before August 28, 2009. The parties shall also email a cited and uncited version of the Joint Instructions and any Joint Statement of Disputed Instructions in Word or WordPerfect format to bryanorders@wawd.uscourts.gov.

DATED this 2nd day of September, 2008.

The foregoing Minute Order was authorized by the Honorable ROBERT J. BRYAN, United States District Judge.

/s/ Dara L. Kaleel
Dara L. Kaleel
Deputy Clerk