# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC.; SPRINT SPECTRUM L.P.; SPRINT-NEXTEL CORPORATION,<br><br>Defendants. | Case No. C07-CV-2231-W (RJB)<br><br>ORDER RESETTING DATES |

This matter comes before the court on the joint oral motion of counsel. For good cause shown, the following deadlines are reset as indicated:

It is hereby **ORDERED** that Plaintiffs' Motion for Class Certification (Dkt. 69) is noted for consideration on September 18, 2009. Supplemental briefing is due on August 28, 2009. Responsive briefing is due on September 11, 2009. Replies are due on September 18, 2009.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 6th day of August, 2009.

                                   Robert J. Bryan
                                   United States District Judge

ORDER
Page - 1