# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK and ERIC TAYLOR, on behalf of themselves, their members and/or all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC.; SPRINT SPECTRUM L.P.; SPRINT-NEXTEL CORPORATION,<br><br>Defendants. | Case No. 07 CV 2231 RJB (JSP)<br><br>**ORDER RE SECOND SUPPLEMENTAL CLASS NOTICE**<br><br>Case Assigned To: Hon. Robert J. Bryan |

Based on the oral motion of plaintiffs and defendants, the Court hereby orders:

1. Notice of the pendency of this class action and the proposed settlement shall be sent to the 851 potential class members who were sent email notice, but whose notice was "bounced back" to the Claims Administrator (the "Second Supplemental Notice Group");

2. Such notice shall be provided in accordance with this Court's October 28, 2009 Order Preliminarily Approving Settlement and Class Notice Program, no later than April 9, 2010, and shall inform the Second Supplemental Notice Group that, as to the Second Supplemental Notice Group only, the following are the applicable dates and deadlines:

> May 10, 2010 – Last day to request exclusion from the settlement or object to the settlement.
>
> May 13, 2010 – Last day for plaintiffs and defendants to file a supplemental reply memorandum addressing objections to the settlement asserted by Second Supplemental Notice Group members.
>
> May 13, 2010 – Last day for the Claims Administrator to file a list of parties who have requested exclusion from the settlement.
>
> May 17, 2010, 1:30 p.m. (or other date and time as the Court may set) – Hearing re motion for final settlement approval. (Hearing will be taken off calendar if no objections have been received from Second Supplemental Notice Group members.)
>
> June 1, 2010 – Second Supplemental Notice Group claims period closes.

3. The notice to the Second Supplemental Notice Group shall direct recipients to www.sprintdatacardsettlement.com/suppnotice for information about the class action and the proposed settlement.

4. Sprint shall begin providing Class Members with Distribution Amounts under section 4.1.1 of the Settlement Agreement within five days of the time within which to appeal has expired (or, in the case of an appeal, the appeal has been finally resolved and the matter has returned to the jurisdiction of the District Court) with respect to any and all orders of the Court. All Distribution Amounts shall have been provided no later than completion of the first billing cycle thereafter.

5. Sprint shall pay the amounts awarded as attorneys' fees, class representative fees, and costs, in accordance with section 4.9 of the Settlement Agreement, within three days after any applicable time period within which to appeal has expired (or, in the case of an appeal, the appeal has been finally resolved and the matter has returned to the jurisdiction of the District Court) with respect to any and all orders of the Court.

IT IS ORDERED

Dated this 7th day of April, 2010.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge